**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FISCALNOTE, INC.,

Plaintiff,

v.

DANIEL GERMAIN and
GERMAIN CONSULTING, LLC

Defendants.

Civil Action No. 1:20-cv-01579

**DEFENDANT GERMAIN CONSULTING, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Germain Consulting, LLC states that it has:

1. No parent corporation,
2. No parent, subsidiary, or affiliate entity (corporate or otherwise) that has issued stock or debt securities to the public, and
3. No publicly held entity (corporate or otherwise) that owns 10% or more of its stock.

Germain Consulting, LLC further states that its sole member is Mr. Daniel Germain.

Dated: May 19, 2021

Respectfully submitted,

Germain Consulting, LLC
*By Counsel*

BLANK ROME LLP

/s/ Adrien C. Pickard
Adrien C. Pickard (VA Bar No. 65833)
1825 Eye Street NW
Washington, DC 20006

Tel.: 202-772-5845
Fax: 202-572-1430
APickard@BlankRome.com

Jason A. Snyderman, Esq. (Admitted Pro Hac Vice)
Huaou Yan, Esq. (Admitted Pro Hac Vice)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel.: 215-569-5500
Snyderman@BlankRome.com
HYan@BlankRome.com

*Counsel to Defendants Daniel Germain and Germain Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2021, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice of this filing to the following counsel of record:

D. Jack Blum
Polsinelli PC
1401 I ("Eye") Street, N.W., Suite 800
Washington, DC 20005
Tel.: 202-772-8483
Jack.Blum@Polsinelli.com
*Counsel to Plaintiff FiscalNote, Inc.*

/s/ Adrien C. Pickard
Adrien C. Pickard (VA Bar No. 65833)
Blank Rome, LLP
1825 Eye Street NW
Washington, DC 20006
Tel.: 202-772-5845
Fax: 202-572-1430
APickard@BlankRome.com