**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| FISCALNOTE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:20-cv-1579 |
| | ) | |
| DANIEL GERMAIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, FiscalNote, Inc. ("FiscalNote") and Defendants, Daniel Germain and Germain Consulting, LLC ("Germain Consulting"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action, including but not limited to the claims asserted in FiscalNote's Complaint filed December 22, 2020, with prejudice, each party to bear his or its own costs and expenses, including attorney's fees.

Dated: October 19, 2021

Respectfully submitted,

FISCALNOTE, INC.

By: _/s/D. Jack Blum_
D. Jack Blum (VA Bar No. 95532)

Polsinelli, P.C.
1401 I Street, NW, Suite 800
Washington, D.C. 20005
Telephone: 202-772-8483
jack.blum@polsinelli.com

Scott M. Gilbert*
Polsinelli, P.C.
150 N. Riverside Plaza, Suite 3000

DANIEL GERMAIN and GERMAIN CONSULTING, LLC

By: _/s/Kierstan Carlson_
Kierstan Carlson (VA Bar No. 81939)

Blank Rome LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: 202-772-5862
kierstan.carlson@blankrome.com

Jason A. Snyderman*
Huaou Yan*
Blank Rome LLP

Chicago, Illinois 60606
Telephone: 312-819-1900
sgilbert@polsinelli.com

One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: 215-569-5000
jason.snyderman@blankrome.com
huaou.yan@blankrome.com

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2021, a copy of the foregoing was served through the Court's CM/ECF system and electronic mail to all counsel of record in this action.

/s/ D. Jack Blum
D. Jack Blum